Case: 23-30744    Document: 18    Page: 1    Date Filed: 11/22/2023



**Howard G. Brown**
1344 Lakeridge Drive
Baton Rouge, LA 70802
Phone: (504) 756-1987
Fax: (985) 238-3818
hgarybrown@gmail.com

**Brandon A. Sibley**
17517 Cline Drive
Maurepas, LA 70449
Phone: (225) 369-7806
Fax: (985) 238-3818
Bsibley97@gmail.com

**Melanie Jerusalem**
5130 Woodside Drive
Batton Rouge, LA 70808
Phone: 337-945-9008
jerusalemmelanie@yahoo.com
No. **23-30744**

# UNITED STATES COURT OF APPEALS

## FIFTH CIRCUIT

**HOWARD GARY BROWN, BRANDON SIBLEY, MELANIE JERUSALEM**

*Plaintiffs – Appellants,*

-V.-

Shelly D. Dick, in both Individual & Official Administrative Capacity; William Brown, United States Marshall, in both Individual & Official capacity; Jeff B., United States Marshal, in both his Individual and & Official Capacity; Merrick Garland, U.S. Attorney General, In his official capacity; Ronald L. Davis, in his official capacity as Director, United States Marchal Service; Metropolitan Security Services, Incorporated, also known as Walden Security; Michael Attaway, in both Individual & Official capacity; Jeff Bowie, United States Marshal, in both his Individual & Official Capacity,

*Defendants - Appellees*

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA

### CIVIL ACTION NO: 3:23-0024-SMH-CBW

**APPELLANT'S MOTION TO WITHDRAW APPEAL**

It has been brought to the attention of the Appellants that this Appeal was untimely filed and for that reason Appellants respectfully request that this appeal #23-30744 be withdrawn from the Fifth Circuit Court of Appeals.

Respectfully Submitted,

By: _____
Melanie Jerusalem, Pro-Se Appellant
5130 Woodside Drive
Baton Rouge, LA 70808
337-945-9008

## CERTIFICATE OF COMPLIANCE

I, Melanie Jerusalem, undersigned, certify that:

1. This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. 32(f), this document contains 535 words, as determined by Microsoft Office Word 2019 word processing software.

2. This document complies with the typeface requirement of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2019 in Century Schoolbook (14-point)

**Dated: November 22, 2023**

By:_____
Melanie Jerusalem, *Pro Se*

# CERTIFICATE OF SERVICE

I, Melanie Jerusalem, hereby certify that a copy of this motion was sent, via E-Mail to:

**AUSA Katherine Green**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

**Elizabeth Bailly Bloch**
4605 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

**AUSA Karen King**
800 Lafayette Street
Suite 2200
Lafayette, LA 70501

**Nathan Kinard**

**Chambliss, Bahner & Stophel, P.C**.
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450

**Christine S. Keenan**
**The Kullman Firm**
4605 Bluebonnet Blvd
Suite A
Baton Rouge, LA 70809

**US Attorney Chase Evan Zachary**
**U.S. Attorney's Office**
**Civil Division**
777 Florida Street
Suite 208
Baton Rouge, LA 70801

By:_____
Melanie Jerusalem, *Pro Se*