# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 28, 2023

Mr. Michael L. McConnell
Middle District of Louisiana, Baton Rouge
United States District Court
777 Florida Street
Room 139
Baton Rouge, LA 70801

    No. 23-30744   Sibley v. Dick
                            USDC No. 3:23-CV-24

Dear Mr. McConnell,

Enclosed is a copy of the judgment issued as the mandate.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      *Shea E. Pertuit*
                  By: _____
                  Shea E. Pertuit, Deputy Clerk
                  504-310-7666

cc w/encl:
    Mr. Howard Gary Brown
    Mrs. Katherine Krupa Green
    Ms. Melanie Jerusalem
    Ms. Christine S. Keenan
    Mr. Nathan Lee Kinard
    Ms. Karen Julian King
    Mr. Brandon Albert Sibley
    Mr. Chase Evan Zachary